■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VISCAINO, Appellant. — Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on September 16, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Lynch, Milonas and Alexander, JJ.

(October 16, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST WRIGHT, Appellant. — Judgment, Supreme Court, New York County (Benjamin Altman, J.), rendered on October 18, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Ross, Carro, Milonas and Alexander, JJ.

■ EMPIRE MUTUAL INSURANCE COMPANY et al., Appellants, v MOORE BUSINESS FORMS, INC., Respondent. — Order, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on August 17, 1983, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered on March 12, 1984 is unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Asch, Silverman, Fein and Kassal, JJ.